**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**ANA CECILIA MATALLANA,**

           **Plaintiff,**

**-vs-**                                            **Case No. 6:09-cv-90-Orl-22GJK**

**MCDONALD'S CORPORATION,**

           **Defendant.**
_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss Complaint (Doc. No. 7) filed on January 20, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 2, 2009 (Doc. No. 15) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Dismiss Complaint (Doc. No. 7) is DENIED. Defendant shall file its answer to the Complaint within ten days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 18, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge